```
         FILED
    U.S. DISTRICT COURT
  EASTERN DISTRICT OF LA

   2024 OCT 24  P 12: 07

      CAROL L. MICHEL
           CLERK
```

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA



# FELONY

### INDICTMENT FOR VIOLATIONS OF THE FEDERAL GUN CONTROL ACT AND THE FEDERAL CONTROLLED SUBSTANCES ACT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. **24- 239** |
| v. | * | SECTION: **SECT. GMAG. 2** |
| ERIC FALKINS | * | VIOLATIONS: 18 U.S.C. § 924(c)(1)(A)(i) |
| | | 21 U.S.C. § 841(a)(1) |
| | * | 21 U.S.C. § 841(b)(1)(D) |
| | | 21 U.S.C. § 846 |
| | * | |

\* \* \*

The Grand Jury charges that:

### COUNT 1
**(Conspiracy to Distribute and Possess with Intent to Distribute Marijuana)**

Beginning at a time unknown but prior to June 4, 2023, and continuing to on or about July 30, 2024, in the Eastern District of Louisiana and elsewhere, the defendant, **ERIC FALKINS**, did knowingly and intentionally combine, conspire, confederate and agree with other persons known and unknown to the grand jury to distribute and to possess with the intent to distribute a quantity of a mixture and substance containing a detectable amount of marijuana, a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(D); all in violation of Title 21, United States Code, Section 846.

```
___ Fee____USA_____
___ Process_____
 X  Dktd_____
___ CtRmDep_____
___ Doc.No._____
```

## COUNT 2
### (Possession with the Intent to Distribute Marijuana)

On or about January 24, 2024, in the Eastern District of Louisiana, the defendant, **ERIC FALKINS**, did knowingly and intentionally possess with the intent to distribute a quantity of a mixture and substance containing a detectable amount of marijuana, a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(D).

## COUNT 3
### (Possession of a Firearm in Furtherance of a Drug Trafficking Crime)

On or about January 24, 2024, in the Eastern District of Louisiana, the defendant, **ERIC FALKINS**, did knowingly possess a firearm, to wit: a Radical Firearms Model RF-15, multi-caliber semi-automatic pistol, bearing serial number 21-096189, in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, to wit: possession with the intent to distribute marijuana, as charged in Count 2 of this Indictment, in violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

## NOTICE OF FORFEITURE

1. The allegations of Counts 1 through 3 of this Indictment are incorporated by reference as though set forth fully herein for the purpose of alleging forfeiture to the United States.

2. As a result of the offenses alleged in Counts 1 and 2, the defendant, **ERIC FALKINS,** shall forfeit to the United States pursuant to Title 21, United States Code, Section 853, any property, constituting or derived from, any proceeds obtained, directly or indirectly, as the result of said offenses, and any property, used or intended to be used, in any manner or part to commit or to facilitate the commission of said offenses.

3. As result of the offense alleged in Count 3, the defendant, **ERIC FALKINS**, shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), any firearm or ammunition involved in or used in the commission of said offenses, including but not limited to the following:

> Radical Firearms Model RF-15, multi-caliber semi-automatic pistol, bearing serial number 21-096189.

4. If any of the above-described property, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third person;

    c. has been placed beyond jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be subdivided without difficulty;

the United States shall seek a money judgment and, pursuant to Title 21, United States Code, Section 853(p), forfeiture of any other property of the defendant up to the value of said property.

DUANE A. EVANS
UNITED STATES ATTORNEY

_____
DAVID M. BERMAN
Assistant United States Attorney

New Orleans, Louisiana
October 24, 2024

No.

---

**UNITED STATES DISTRICT COURT**

_____Eastern_____ *District of* _____Louisiana_____

_____Criminal_____ *Division*

---

**THE UNITED STATES OF AMERICA**

vs.

**ERIC FALKINS**

---

**INDICTMENT**

**FOR VIOLATIONS OF THE FEDERAL GUN CONTROL ACT AND THE FEDERAL CONTROLLED SUBSTANCES ACT**

---

**VIOLATIONS:**   18 U.S.C. § 924(c)(1)(A)(i)
21 U.S.C. § 841(a)(1)
21 U.S.C. § 841(b)(1)(D)
21 U.S.C. § 846

---

*Filed in open court this* _____ *day of* ___
_____ *A.D.* 2024.
_____
*Clerk*

Bail, $ _____

---

*[signature]*

**DAVID BERMAN**
**Assistant United States Attorney**